12-05902 / 11-12585  
Univ. Subscription Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 28 | Pending | University Subscription Service, Inc. (11-12585) | $1,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 28 | Pending | University Subscription Service, Inc. (11-12585) | $1,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 62 | Pending | University Subscription Service, Inc. (11-12585) | $68.83 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 62 | Pending | University Subscription Service, Inc. (11-12585) | $68.83 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 64 | Pending | University Subscription Service, Inc. (11-12585) | $68.84 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 64 | Pending | University Subscription Service, Inc. (11-12585) | $68.84 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 374 | Pending | University Subscription Service, Inc. (11-12585) | $727.86 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 458 | Pending | University Subscription Services, Inc. (12-05902) | $251,501.39 +unliquidated | see attached rider | 3/11/2012 | Unsecured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 458 | Pending | University Subscription Services, Inc. (12-05902) | $251,501.39 +unliquidated | see attached rider | 3/11/2012 | Secured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| AC28-1 | Pending | University Subscription Service, Inc. (11-12585) | 0 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| AC28-2 | Pending | University Subscription Service, Inc. (11-12585) | $0.00 | Taxes | 11/24/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |